UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VANELLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No. 3:19-cv-07956-WHO<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR** |

Plaintiff Maria Vanella failed to appear at today's hearing on defendant Ford Motor Company's motion to dismiss. The hearing date and time have been set since January 22, 2020, and I denied Vanella's motion to appear by telephone on February 3, 2020. Dkt. Nos. 16, 18. No later than February 14, 2020, Vanella is ORDERED TO SHOW CAUSE why she should not be sanctioned for her failure to appear by filing a declaration under penalty of perjury explaining her non-appearance.

**IT IS SO ORDERED.**

Dated: February 7, 2020

William H. Orrick
United States District Judge