Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
Karen L. Wallace (SBN 272309)
Email: kwallace@slpattorney.com
**STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
MARIA VANELLA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MARIA VANELLA,<br><br>            Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 3:19-cv-07956-WHO<br><br>*[Assigned to the Hon. William H. Orrick, Crtrm 2]*<br><br>**DECLARATION OF KAREN L. WALLACE IN RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR**<br><br>Complaint filed:    December 4, 2019 |

## DECLARATION OF KAREN L. WALLACE

I, Karen L. Wallace, declare as follows:

1.  I am over the age of 18 and not a party to the action. I am an attorney admitted to the Bar of the State of California and the United States District Court, Northern District of California. I am an associate at Strategic Legal Practices, APC, located at 1840 Century Park East, Suite 430, Los Angeles, CA 90067, and counsel of record for Plaintiff MARIA VANELLA ("Plaintiff") in the above-entitled action. Unless the context indicates otherwise, I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

2.  I respectfully submit this declaration in response to the Court's Order to Show Cause why Plaintiff should not be sanctioned for failing to appear at the hearing on Defendant's Motion to Dismiss, which was scheduled for February 7, 2020 at 9:30 a.m., in the above-captioned court.

3.  On January 22, 2020, at 8:30 p.m., the Court notified the parties that the hearing on Defendant's motion was re-set to February 7, 2020, at 2 p.m. [Dkt. No. 16].

4.  On January 22, 2020, at 8:32 p.m. a second notice was sent by the Court that re-set the hearing on February 7, 2020, for 9:30 a.m. [Dkt. No. 16].

5.  Due to an internal miscommunication, the hearing on Defendant's motion was calendared by my office for February 7, 2020, at 2 p.m.

6.  On January 29, 2020, Plaintiff filed a Request to Appear by Telephone at the hearing on Defendant's Motion to Dismiss on February 7, 2020, at 2:00 p.m., based on the initial notice re-setting the hearing date. [Dkt. No. 17].

7.  On February 3, 2020, the Court denied Plaintiff's Request [Dkt. No. 18].

DECLARATION OF KAREN L. WALLACE IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR

8. Accordingly, my office arranged for my travel to San Francisco for the hearing on Defendant's Motion and scheduled my flight so that I would arrive in time for a hearing at 2:00 p.m.

9. Due to my failure correctly to calendar the hearing time, I did not arrive at the above-captioned court until approximately 10:45 a.m., well after the instant matter had been called by the Court.

10. My office advised the Court that I was en route, but my arrival was untimely, and a brief hearing was conducted at 9:42 a.m. The Court issued an order to show cause why counsel should not be sanctioned for failure to appear and granted the motion to dismiss with leave to amend. (*See* Dkt. No. 19.)

11. It was not my or my firm's intention to miss the hearing, and my failure to appear was entirely due to my failure to recognize and correct the calendar error. I apologize to the Court and to opposing counsel for my negligence and the inconvenience it caused. I assure the Court that my office and I have taken steps to prevent any such calendaring errors in the future.

12. This is my first and only failure to appear in more than nine (9) years of practice, and it is both embarrassing and frustrating. I certainly understand the Court's equal if not greater frustration but respectfully request that the Court not impose sanctions, as the error was an isolated and unintentional occurrence.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 12, 2020, in Los Angeles, California.

*/s/ Karen L. Wallace*
Karen L. Wallace

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF KAREN L. WALLACE IN RESPONSE TO ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR FAILING TO APPEAR**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on February 12, 2020.

_____
*Lauren Wageman*