UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VANELLA,<br><br>      Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | Case No. 19-cv-07956-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 30 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice.  The Clerk shall close the case.

Dated: April 29, 2020

_____
WILLIAM H. ORRICK
United States District Judge